IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARMANDO MEDINA, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br><br>STAR VIEW ENTERPRISES, INC. d/b/a THE VIEW RESTAURANT and SPIRO TZIVAS, individually, Defendants. | Case No. 15-cv-8763 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be stipulate that this matter shall be dismissed in its entirety, **with prejudice**, with each party incurring its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Valentin T. Narvaez<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | s/ Harvey Waller<br>Waller & Co.<br>30 N. LaSalle St. Suite 2040<br>Chicago IL 60602 |